**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02411-AP

MARGARET BROWN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Paul Radosevich | Troy A. Eid |
| Attorney at Law | United States Attorney |
| 1621 York Street | |
| Denver, CO 80206 | Kevin Traskos |
| Telephone: 303-377-1300 | Deputy Chief, Civil Division |
| E-Mail: Presq@worldnet.att.net | United States Attorney's Office |
| | District of Colorado |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, CO. 80202 |
| | Telephone: (303) 454-0100 |
| | Fax: (303) 454-0404 |
| | E mail: kevin.traskos@usdoj.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g)

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A. **Date complaint was filed:** November 16, 2007

B. **Date complaint Was Served on U.S. Attorney's Office:** November 21, 2007

C. **Date Answer and Administrative Record Were Filed:** January 25, 2008

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Upon preliminary analysis, there are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADITIONAL EVIDENCE

None.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff states that this case involves an out-of-the-ordinary claim, in that the ALJ has allegedly violated the claimant's Due Process rights by limiting her counsel's cross examination of the vocational expert.

Defendant states that he will address this issue in the responsive pleading and may need additional time to address this issue.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

    A. **Plaintiff's Opening Brief Due:** March 1, 2008

    B. **Defendant's Response Brief Due:** April 1, 2008

    C. **Plaintiff's Reply Brief Due:** April 16, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

Oral argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  **A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  **B. (x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(c) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED this 11th day of February, 2008.

             BY THE COURT:

             <u>*S/John L. Kane*    </u>
             U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/Paul Radosevich*<br>Paul Radosevich<br>Attorney at Law<br>1621 York Street<br>Denver, Co. 80206<br>Telephone: (303) 377-1300<br>E-Mail: Presq@worldnet.att.net | TROY A. EID<br>  United States Attorney<br>  *s/Kevin Traskos*<br>  KEVIN TRASKOS<br>  Deputy Chief, Civil Division<br>  United States Attorney's Office<br>  District of Colorado<br>  1225 17th Street, Ste. 700<br>  Denver, CO 80202<br>  T: (303) 454-0100<br>  Kevin.Traskos@usdoj.gov<br><br>  Attorneys for Defendant<br><br>Of counsel:<br>  Stephanie Fishkin Kiley<br>  Assistant Regional Counsel<br>  Social Security Administration |