# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02411-AP

**MARGARET BROWN**

       Plaintiff/Appellant

v.

**MICHAEL J. ASTRUE,** Commissioner of Social Security Administration.

       Defendant/Appellee

## ORDER ON PLAINTIFF'S PETITION FOR
## FEES UNDER 28 U.S.C § 2412

     THIS MATTER, having come on for review on the Plaintiff's Motion for Fees pursuant to the Equal Access to Justice Act, 28 U.S.C §2412, and the Court being fully advised in the premises, makes the following findings:

     1. That the plaintiff, Margaret Brown, was the prevailing party in the litigation.

     2. The defendant's position in this matter was not substantially justified.

     3. The plaintiff's net worth, at the time of commencement of this action, did not exceed 2 million dollars.

     4. The consumer price index warrants an increase in the hourly fees allowed plaintiff's counsel at the following rates: $167.57 per hour for work performed in 2007, $174.07 per hour for work performed in 2008.

     Based upon these findings of fact the Court DOTH ORDER:

     The plaintiff is entitled to attorney fees under the Equal Access to Justice Act in the amount of $6,616.97.

SO ORDERED

Dated: July 15, 2008

                                          By the Court:

                                          U.S. DISTRICT COURT JUDGE